IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BOULDER LICENSING LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CINEMARK, INC., CINEMARK HOLDINGS, INC., and CINEMARK USA, INC.,<br><br>                Defendants. | Civil Action No. 6:21-cv-01114<br><br>**Jury Trial Demanded** |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Boulder Licensing LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: October 28, 2021                                                  Respectfully submitted,

> */s/Raymond W. Mort, III*
> Raymond W. Mort, III
> Texas State Bar No. 00791308
> raymort@austinlaw.com
> THE MORT LAW FIRM, PLLC
> 100 Congress Avenue, Suite 2000
> Austin, Texas 78701
> Tel/Fax: 512-865-7950
>
> *Of Counsel:*
> Ronald M. Daignault (*pro hac vice* to be filed)*
> Chandran B. Iyer (*pro hac vice* to be filed)
> Oded Burger (*pro hac vice* to be filed)*

1

rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
oburger@daignaultiyer.com
DAIGNAULT IYER LLP
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182
*Attorneys for Plaintiff Boulder Licensing LLC*

*Not admitted to practice in Virginia